**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM ALAN KUNEMAN,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS M. PROUTY, et al.,<br><br>Defendants. | No. 2:20-CV-0709-KJM-DMC<br><br><br><br>ORDER |

Plaintiff, who is proceeding pro se, brings this civil action. An initial scheduling conference in this matter has been set for August 19, 2020. Defendants have filed motions to dismiss noticed for hearing on August 5, 2020. On the Court's own motion, and good cause appearing therefor, the August 19, 2020, scheduling conference is vacated pending resolution of defendants' motions.

IT IS SO ORDERED.

Dated: May 26, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1