IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM ALAN KUNEMAN, | No.  2:20-CV-0709-KJM-DMC |
| Plaintiff, | |
| v. | ORDER |
| DOUGLAS M. PROUTY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action.  Each of the parties in the above-captioned case has filed a Consent to Proceed Before a United States Magistrate Judge.  *See* ECF Nos. 4 (plaintiff's consent form), 5 (defendant Prouty's consent form), 7 (defendant Ludington's consent form), and 15 (defendant Peter's consent form).  This case shall, therefore, be reassigned to a Magistrate Judge for all further proceedings and entry of final judgment.  *See* 28 U.S.C. § 636(c).

Accordingly, IT IS ORDERED that:

1. The Clerk of the Court is directed to reassign this case to the Honorable Dennis M. Cota as the presiding judge; and

/////

/////

/////

1

2.      The caption on all documents filed in the reassigned case shall show case number 2:20-CV-0709-DMC.

DATED:  June 23, 2020

_____
CHIEF UNITED STATES DISTRICT JUDGE

I am the United States Magistrate Judge currently assigned to this case.  I accept reassignment of this case for all further proceedings, including entry of final judgment, by myself or such other Magistrate Judge as may be assigned.

Dated:  June 23, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2