**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM ALAN KUNEMAN, | No. 2:20-CV-0709-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| DOUGLAS M. PROUTY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court are defendants' motions to dismiss, <u>see</u> ECF Nos. 6, 8, and 16, all set for hearing before the undersigned in Redding, California, on August 5, 2020, at 10:00 a.m. Due to the continued closure to the public of the courthouses in the Eastern District of California, <u>see</u> General Order No. 618, all parties shall be required to appear telephonically through CourtCall. Plaintiff's request, <u>see</u> ECF No. 19, to appear telephonically through CourtCall is granted.

IT IS SO ORDERED.

Dated: July 14, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1